1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ADAM ELIAS MORALES,

11              Plaintiff,                        No. 2:13-cv-00414 DAD P

12         vs.

13    SACRAMENTO COUNTY
       SHERIFF'S DEPARTMENT, et al.,

14
               Defendants.                   ORDER

15    _____/

16              Plaintiff, a Sacramento County Jail inmate proceeding pro se, has filed a civil

17    rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma

18    pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which

19    must be completed by plaintiff's institution of incarceration has not been filled out.  Also,

20    plaintiff has not filed a certified copy of his inmate trust account statement for the six month

21    period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

22    will be provided the opportunity to submit a completed in forma pauperis application and a

23    certified copy in support of his application.

24    /////

25    /////

26    /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff's March 1, 2013 request to proceed in forma pauperis (Doc. No. 2) is

3    dismissed without prejudice;

4    2. Plaintiff shall submit, within thirty days from the date of this order, a

5    completed affidavit in support of his request to proceed in forma pauperis on the form provided

6    by the Clerk of Court;

7    2. The Clerk of the Court is directed to send plaintiff a new Application to

8    Proceed In Forma Pauperis By a Prisoner; and

9    3. Plaintiff shall submit, within thirty days from the date of this order, a certified

10   copy of his prison trust account statement for the six month period immediately preceding the

11   filing of the complaint.  Plaintiff's failure to comply with this order will result in a

12   recommendation that this action be dismissed without prejudice.

13    DATED: March 11, 2013.

14

15   _____

16   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

17

18   DAD:kly/4
     mora0414.3c+new

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26