IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM ELIAS MORALES,

    Plaintiff,                      No.  2:13-cv-00414 DAD P

    vs.

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.            <u>ORDER</u>

         On March 1, 2013 plaintiff, who was then incarcerated at the Sacramento County Main Jail, filed his complaint in this civil rights action along with an application to proceed in forma pauperis. On March 12, 2013, the court ordered plaintiff to file a completed affidavit in support of his request to proceed in forma pauperis as well as a copy of his jail trust account statement. On April 2, 2013, plaintiff filed a request for an extension of time to file a certified copy of his inmate trust account statement. On that same date, however, plaintiff also filed a notice of change of address indicating that he is no longer incarcerated at the Sacramento County Jail. Therefore, the court will order plaintiff to file a new application to proceed in forma pauperis by a non-prisoner since he is no longer incarcerated.

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2      1.  Plaintiff's April 2, 2013 motion for an extension of time (Doc. No. 7) is denied as unnecessary;

   2.  Within thirty days from the date of this order, plaintiff shall file an application to proceed in forma pauperis; and

   3.  The Clerk of the Court is directed to provide plaintiff with the court's form application requesting leave to proceed in forma pauperis by a non-prisoner.

DATED: April 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mora414.ifp