UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ELIAS MORALES,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEP'T, et al.,<br><br>        Defendants. | No.  2:13-cv-00414 DAD P<br><br><br>ORDER |

   Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983 and has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (See ECF No. 5.)  By order filed October 24, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  December 3, 2013

DAD:4
mora414.fta

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1